UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| JANE DOE AND A.A., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:19-CV-646 |
| ) | |
| BRIDGETT BEICHLER, et. al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

THIS MATTER came before the Court on defendants' Motion for Leave to File Videos as Supplemental Evidence; and it appearing to the Court that defendant's Motion should be granted for the reasons set forth in the pleading; it is therefore

ORDERED that defendants' Motion for Leave to File Videos as Supplemental Evidence is hereby granted.

ENTERED THIS 22nd day of Oct., 2019.

/s/
Liam O'Judge
United States District Judge